EDWARD G. O'BYRNE v. BRENDAN T. BYRNE.

December 19, 1978. Petition for certification granted.

CITY OF NEWARK v. BRENDAN T. BYRNE.

December 19, 1978. Petition for certification granted.

ANDREW M. SMITH, JR. v. CLIFFORD GOLDMAN.

December 19, 1978. Petition for certification granted.

JAMES T. O'HALLORAN v. VINCENT DeCARLO.

December 19, 1978. Petition for certification denied. (See 162 *N. J. Super.* 174)

STATE OF NEW JERSEY v. DARRYL CONQUEST.

December 19, 1978. Petition for certification denied.